IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JOSEPH E. KENNEY,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Petitioner,

v.

CASE NO. 1D14-1127

DEPARTMENT OF HIGHWAY
SAFETY AND MOTOR
VEHICLES,

Respondent.

_____/

Opinion filed July 17, 2014.

Petition for Writ of Certiorari.

David M. Robbins and Susan Z. Cohen, of Epstein & Robbins, Jacksonville, for Petitioner.

Stephen D. Hurm, General Counsel, and Damaris Reynolds, Assistant General Counsel, Pinellas Park, for Respondent.

PER CURIAM.

DENIED.

VAN NORTWICK, CLARK, and SWANSON, JJ., CONCUR.